AO91 (Rev. 12/03) Criminal Complaint                                AUSA

**FILED**
APR 3 0 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

Western District Of Texas Del Rio Division

**UNITED STATES OF AMERICA**
vs.

Edgar CEDILLO

**CRIMINAL COMPLAINT**

Case Number: DR:20-1205M-01

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **April 28, 2020** in **Maverick** County, in the **Western District Of Texas** defendant(s), conspire with other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, Jenifer Alexandra Ochoa-Castro, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(v)(I)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

On April 28, 2020, Defendant CEDILLO, Edgar was arrested by Border Patrol agents near Eagle Pass, TX, in the Western District of Texas, for conspiring to transport nine illegal aliens into the United States. CEDILLO self-admitted he conspired with other unnamed co-conspirators to transport the nine illegal aliens further into the United States. CEDILLO self-admitted he was to be paid $100 USD per person, all of which he knew were illegal aliens, as well as knowing that it is illegal to transport illegal aliens. Material Witness, OCHOA-CASTRO, Jenifer, admitted she conspired with other unnamed subjects to be smuggled further into the United States for an unknown dollar amount. The Material Witness, positively identified the tractor trailer in a photo lineup as the vehicle that was used to transport her, in her attempt to illegally enter the United States.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

_____
Signature of Complainant

Alejandro, Christopher L.
Printed Name of Complainant

Sworn to before me and signed in my presence,

April 30, 2020                                    at    Del Rio, Texas
Date                                                          City/State

Victor R Garcia
Name of Judge                 Title of Judge

_____
Signature of Judge